AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  NEWMAN, PAULINE | 2. Court or Organization  U.S. Ct. of Ap. for Fed. Cir. | 3. Date of Report  05/13/2012 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge - Active Status | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial    ✔ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011  to  12/31/2011 |
|---|---|---|

**7. Chambers or Office Address**

717 Madison Place, N.W.
Washington, D.C. 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory & Review Committee | Advanced Science & Technology Adjudication Project |
| 2. | Advisory Committee | George Mason Univ. School of Law, Law & Economics Center |
| 3. | Trustee | Trusts (Trust #1, Trust #2) |
| 4. | Advisory Committee | Global Innovation Forum |
| 5. | Director | Judicial Leadership Development Conference Group |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Pension, FMC Corporation, earned before entry on duty | $35,100.00 |
| 2. | 2011 | Royalty, Thomson Reuters Publishing Company, textbook | $1,730.25 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University School of Law | March 21-24, 2011 | New York, New York | Conference | Lodging and Food |
| 2. | New York Intellectual Property Law Association - 89th Annual Conference | March 25, 2011 | New York, New York | Annual Conference | Travel, Lodging and Food |
| 3. | Fordham University Law School | April 27 -30, 2011 | New York, New York | Conference | Travel, Lodging and Food |
| 4. | Intellectual Property Owners Education Foundation | May 22-26, 2011 | Brussells, Belgium | Conference | Travel, Lodging and Food |
| 5. | 2011 New Jersey Intellectual Property Law Association | June 3, 2011 | Short Hills, New Jersey | Conference | Lodging and Food |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/13/2012 |

| 6. | New Hampshire University Law School | September 30, 2011 | Concord, New Hampshire | Conference | Lodging and Food |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. T.Rowe Price Mut.Funds (New Horizon; Div. Gr. Sci&Tech.Fund) | A | Dividend | K | T | | | | | |
| 2. PNC Bank Accounts | B | Interest | N | T | | | | | |
| 3. First Trust Municipal Bond Fund (Oppenheimer) | B | Interest | K | T | | | | | |
| 4. First Trust Municipal Bond Fund (Oppenheimer) | B | Interest | J | T | | | | | |
| 5. American Century Growth Mutual Fund | A | Dividend | L | T | | | | | |
| 6. Oppenheimer Municipal Bond Fund | C | Interest | L | T | | | | | |
| 7. American Capital Bond Fund (Trust #2) | A | Dividend | J | T | | | | | |
| 8. Bedford Money Market Portfolio | A | Dividend | J | T | | | | | |
| 9. Oklahoma Gas & Electric Co. (Common) (Trust #1) | A | Dividend | J | T | | | | | |
| 10. Remington Oil & Gas Corp. (Trust #1) | | None | J | T | | | | | |
| 11. American Century Select Mutual Fund | A | Dividend | L | T | | | | | |
| 12. Putnam Europe Mutual Rund | B | Dividend | L | T | | | | | |
| 13. Franklin NY Mutual Fund | A | Dividend | K | T | | | | | |
| 14. Putnam Health Science Mutual Fund | B | Dividend | L | T | | | | | |
| 15. Nasdaq 100 Trust | | None | K | T | | | | | |
| 16. First Eagle Global Mutual Fund | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ppp

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PAULINE NEWMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544